# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| PENOVIA LLC, | |
| *Plaintiff,* | Civil Action No. 2:14-cv-00611-JRG |
| v. | |
| MICROSOFT CORPORATION, | |
| *Defendant.* | |

## ORDER

Having considered Plaintiff Penovia LLC's ("Plaintiff") Notice of Voluntary Dismissal, the Court

finds that good cause exists for granting the notice. The Notice of Voluntary Dismissal is

GRANTED.  All claims asserted by Plaintiff against Defendant Microsoft Corporation are

hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.


**So ORDERED and SIGNED this 9th day of June, 2014.**


_____

RODNEY  GILSTRAP

UNITED STATES DISTRICT JUDGE